PEOPLE V ANTONIO GLOSTER, No. 151048; Court of Appeals No. 316553. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the defendant was properly assigned 15 points for offense variable (OV) 10, MCL 777.40, for predatory conduct, and in particular, whether the scoring of OV 10 was proper based on the defendant's own conduct, or alternatively, based on the conduct of the defendant's accomplices. See MCL 767.39; cf. *People v Hunt*, 290 Mich App 317, 325-326 (2010) (conviction not based on aiding and abetting), cited in *People v Hardy*, 494 Mich 430, 442 n 32 (2013). The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

*Leave to Appeal Denied October 30, 2015:*

*In re* BARROS/MCEACHERN/STURMAN, No. 152405; Court of Appeals No. 325753.

*Reconsideration Denied October 30, 2015:*

PEOPLE V SHEENA, No. 149691; Court of Appeals No. 309522. Summary disposition at 497 Mich 1021.

*Summary Disposition November 4, 2015:*

ZWIERS V GROWNEY, No. 149815; Court of Appeals No. 312133. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals and reinstate the August 6, 2012 order of the Kent Circuit Court granting summary disposition to the defendants on the basis of *Driver v Naini*, 490 Mich 239 (2011). See *Furr v McLeod*, 498 Mich 68 (2015). A medical malpractice complaint filed before the expiration of the 182-day notice period is ineffective to toll the statute of limitations. We remand this case to the Court of Appeals for consideration of the issues raised by the plaintiff but not addressed by that court during its initial review of this case.

FINGERLE V CITY OF ANN ARBOR, No. 150819; reported below: 308 Mich App 318. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the majority opinion and affirm the judgment of the Court of Appeals for the reasons stated in the concurring opinion, to wit, that the plaintiff cannot make the requisite showing of "substantial proximate cause." MCL 691.1416(l).

*Leave to Appeal Granted November 4, 2015:*